# Exhibit "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**MAY 2020**   **001785**

E-Filing Number: 2005035619

| | |
|---|---|
| **PLAINTIFF'S NAME** STANLEY GOLDFARB MD | **DEFENDANT'S NAME** HARRISON A. KALODIMOS MD |
| **PLAINTIFF'S ADDRESS** 801 MUIRFIELD ROAD BRYN MAWR PA 19010 | **DEFENDANT'S ADDRESS** 3874 SCOTT LANE GIG HARBOR WA 98335 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal  ☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less ☒ More than $50,000.00 | ☐ Arbitration ☒ Jury ☐ Non-Jury ☐ Other: | ☐ Mass Tort ☐ Savings Action ☐ Petition | ☐ Commerce ☐ Minor Court Appeal ☐ Statutory Appeals | ☐ Settlement ☐ Minors ☐ W/D/Survival |

**CASE TYPE AND CODE**
2L - LIBEL, SLANDER, MISREPRESENT

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
MAY 28 2020
A. SILIGRINI

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES    NO

---

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: STANLEY GOLDFARB MD

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DAVID S. SENOFF | FIRST LAW STRATEGY GROUP LLC 121 S BROAD ST SUITE 300 PHILADELPHIA PA 19107 |
| **PHONE NUMBER** (215)258-4700 | **FAX NUMBER** (215)258-4777 | |
| **SUPREME COURT IDENTIFICATION NO.** 65278 | **E-MAIL ADDRESS** dsenoff@firstlawstrategy.com |
| **SIGNATURE OF FILING ATTORNEY OR PARTY** DAVID SENOFF | **DATE SUBMITTED** Thursday, May 28, 2020, 08:29 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

DAVID S. SENOFF, ESQ. (NO. 65278)
HILLARY B. WEINSTEIN, ESQ. (NO. 209533)
**FIRST LAW STRATEGY GROUP, LLC**
121 S. BROAD STREET, SUITE 300
PHILADELPHIA, PA 19107
PHONE: (215) 258-4700
FAX: (215) 258-4777
DSENOFF@FIRSTLAWSTRATEGY.COM
HWEINSTEIN@FIRSTLAWSTRATEGY.COM

*Filed and Attested by the Office of Judicial Records 28 MAY 2020 08:29 pm A. SILIGRINI*

ATTORNEYS FOR PLAINTIFF

| | | |
|---|---|---|
| STANLEY GOLDFARB, M.D. | : | |
| 801 MUIRFIELD ROAD | : | COURT OF COMMON PLEAS |
| BRYN MAWR, PA 19010-0000 | : | PHILADELPHIA COUNTY |
| | : | |
| PLAINTIFF, | : | |
| v. | : | MAY TERM, 2020 |
| | : | NO. |
| HARRISON A. KALODIMOS, M.D. | : | |
| 3874 SCOTT LANE | : | |
| GIG HARBOR, WA 98335-7170 | : | |
| | : | |
| DEFENDANT. | : | |

**PRAECIPE FOR WRIT OF SUMMONS**

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly issue a Writ of Summons in the above-captioned civil action.

FIRST LAW STRATEGY GROUP, LLC

BY: *David S. Senoff*

DAVID S. SENOFF, ESQUIRE
HILLARY B. WEINSTEIN, ESQUIRE
121 S. BROAD STREET, SUITE 300
PHILADELPHIA, PA 19107
DSENOFF@FIRSTLAWSTRATEGY.COM
HWEINSTEIN@FIRSTLAWSTRATEGY.COM
PHONE: (215) 258-4700
FAX: (215) 258-4777

DATED: MAY 28, 2020

Case ID: 200501785

Summons / Citacion

# Commonwealth of Pennsylvania
### COUNTY OF PHILADELPHIA

Stanley Goldfarb, MD  
801 Muirfield Road  
Bryn Mawr, PA 19010

_Plaintiff_

vs.

Harrison A. Kalodimos, MD  
3874 Scott Lane  
Gig Harbor, WA 98335-7170

_Defendant_

COURT OF COMMON PLEAS

May Term, 20 20

No. _____

To [1]

Harrison A. Kalodimos, MD  
3874 Scott Lane  
Gig Harbor, WA 98335-7170

## Writ of Summons

You are notified that the Plaintiff[2]  
_Usted esta avisado que el demandante_

Stanley Goldfarb, MD

Has (have) commenced an action against you.  
_Ha (han) iniciado una accion en contra suya._



ERIC FEDER  
_Director, Office of Judicial Records_

By: _____

Date: _____

200501785  
28 MAY 2020 08:29 pm  
A. SILIGRINI

10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)  
[2] Name(s) of Plaintiff(s)

Case ID: 200501785



Case ID: 200501785