# Exhibit "C"

  No Items in Cart ▪  dbernheim

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 200501785 |
| **Case Caption:** | GOLDFARB VS KALODIMOS |
| **Filing Date:** | Thursday , May 28th, 2020 |
| **Court:** | MAJOR JURY-COMPLEX |
| **Location:** | City Hall |
| **Jury:** | JURY |
| **Case Type:** | LIBEL, SLANDER, MISREPRESENT |
| **Status:** | LISTED FOR SETTLEMENT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| PROJECTED SETTLEMENT CONF DATE | 02-MAY-2022 09:00 AM | City Hall | Courtroom 602, City Hall | NEW, ARNOLD L |
| PROJECTED PRE-TRIAL CONF. DATE | 04-JUL-2022 09:00 AM | City Hall | Courtroom 602, City Hall | NEW, ARNOLD L |
| PROJECTED TRIAL DATE | 01-AUG-2022 09:00 AM | City Hall | Courtroom 602, City Hall | NEW, ARNOLD L |

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | SENOFF, DAVID S |
| **Address:** | | **Aliases:** | *none* | |

|   |   |   |   |   |
|---|---|---|---|---|
|   | FIRST LAW STRATEGY GROUP LLC<br>121 S BROAD ST<br>SUITE 300<br>PHILADELPHIA PA 19107<br>(215)258-4700<br>dsenoff@firstlawstrategy.com |   |   |   |
| 2 |   | 1 | PLAINTIFF | GOLDFARB MD, STANLEY |
| **Address:** | 801 MUIRFIELD ROAD<br>BRYN MAWR PA 19010 | **Aliases:** | none |   |
| 3 |   | 5 | DEFENDANT | KALODIMOS MD, HARRISON A |
| **Address:** | 3874 SCOTT LANE<br>GIG HARBOR WA 98335 | **Aliases:** | none |   |
| 4 |   |   | TEAM LEADER | NEW, ARNOLD L |
| **Address:** | 606 CITY HALL<br>PHILADELPHIA PA 19107<br>(215)686-7260 | **Aliases:** | none |   |
| 5 |   |   | ATTORNEY FOR DEFENDANT | BERNHEIM III 3D, DANIEL S |
| **Address:** | WILENTZ GOLDMAN & SPITZER PA<br>TWO PENN CENTER PLAZA<br>SUITE 910<br>PHILADELPHIA PA 19102<br>(215)636-4468<br>dbernheim@wilentz.com | **Aliases:** | none |   |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
|   |   |   |   |   |

| 28-MAY-2020 08:29 PM | ACTIVE CASE | | | 29-MAY-2020 12:46 PM |
|---|---|---|---|---|
| **Docket Entry:** | E-Filing Number: 2005035619 | | | |
| | | | | |
| 28-MAY-2020 08:29 PM | COMMENCEMENT CIVIL ACTION JURY | SENOFF, DAVID S | | 29-MAY-2020 12:46 PM |
| **Documents:** | Final Cover | | | |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 28-MAY-2020 08:29 PM | PRAE TO ISSUE WRIT OF SUMMONS | SENOFF, DAVID S | | 29-MAY-2020 12:46 PM |
| **Documents:** | Praecipe for Writ of Summons.pdf | | | |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | | |
| | | | | |
| 28-MAY-2020 08:29 PM | JURY TRIAL PERFECTED | SENOFF, DAVID S | | 29-MAY-2020 12:46 PM |
| **Docket Entry:** | 8 JURORS REQUESTED. | | | |
| | | | | |
| 28-MAY-2020 08:29 PM | WAITING TO LIST CASE MGMT CONF | SENOFF, DAVID S | | 29-MAY-2020 12:46 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 15-JUN-2020 11:18 AM | AFFIDAVIT OF SERVICE FILED | SENOFF, DAVID S | | 15-JUN-2020 11:22 AM |
| **Documents:** | Affidavit of Service.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON HARRISON A KALODIMOS BY CERTIFIED MAIL ON 06/08/2020 FILED. (FILED ON BEHALF OF STANLEY GOLDFARB) | | | |
| | | | | |
| 16-OCT-2020 04:30 PM | LISTED FOR CASE MGMT CONF | | | 16-OCT-2020 04:30 PM |

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |
| 20-OCT-2020 12:30 AM | NOTICE GIVEN | | | 20-OCT-2020 12:30 AM |
| **Docket Entry:** | *none.* | | | |
| 20-OCT-2020 12:45 PM | COMPLAINT FILED NOTICE GIVEN | SENOFF, DAVID S | | 20-OCT-2020 01:47 PM |
| **Documents:** | Complaint.pdf | | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF STANLEY GOLDFARB) | | | |
| 27-OCT-2020 09:16 PM | AFFIDAVIT OF SERVICE FILED | SENOFF, DAVID S | | 28-OCT-2020 10:17 AM |
| **Documents:** | Affidavit of Service of Complaint and Notice of Conference.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON HARRISON A KALODIMOS BY CERTIFIED MAIL ON 10/24/2020 FILED. (FILED ON BEHALF OF STANLEY GOLDFARB) | | | |
| 02-NOV-2020 05:21 PM | CASE MGMT CONFERENCE COMPLETED | ORVIK, ERIK | | 02-NOV-2020 05:21 PM |
| **Docket Entry:** | *none.* | | | |
| 02-NOV-2020 05:21 PM | CASE MANAGEMENT ORDER ISSUED | | | 02-NOV-2020 05:21 PM |
| **Documents:** | CMOIS_12.pdf | | | |
| **Docket Entry:** | CASE MANAGEMENT ORDER COMPLEX TRACK - AND NOW, 02-NOV-2020, it is Ordered that: 1. The case management and time standards adopted for complex track cases shall be applicable to this case and are hereby incorporated into this Order. 2. All discovery on the above matter shall be completed not later than 07-FEB-2022. 3. Plaintiff shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial to all other parties not later than 07- | | | |

MAR-2022. 4. Defendant and any additional defendants shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than 04-APR-2022. 5. All pre-trial motions shall be filed not later than 04-APR-2022. 6. A settlement conference may be scheduled at any time after 02-MAY-2022. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant; (b) A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount;(c) Defendant shall identify all applicable insurance carriers, together with applicable limits of liability. 7. A pre-trial conference will be scheduled any time after 04-JUL-2022. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following:(a) A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant;(b) A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial;(c) A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial;(d) Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and (e) Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability;(f) Each counsel shall provide an estimate of the anticipated length of trial. 8. It is expected that the case will be ready for trial 01-AUG-2022, and counsel should anticipate trial to begin expeditiously thereafter. 9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this order. ...BY THE COURT: ARNOLD NEW, J.

| 02-NOV-2020 05:21 PM | LISTED FOR SETTLEMENT CONF | | | 02-NOV-2020 05:21 PM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 02-NOV-2020 05:21 PM | LISTED FOR PRE-TRIAL CONF | | | 02-NOV-2020 05:21 PM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| | | | | |
|---|---|---|---|---|
| 02-NOV-2020 05:21 PM | LISTED FOR TRIAL | | | 02-NOV-2020 05:21 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 02-NOV-2020 05:21 PM | NOTICE GIVEN UNDER RULE 236 | | | 04-NOV-2020 09:22 AM |
| **Docket Entry:** | NOTICE GIVEN ON 04-NOV-2020 OF CASE MANAGEMENT ORDER ISSUED ENTERED ON 02-NOV-2020. | | | |
| | | | | |
| 10-NOV-2020 11:02 AM | ENTRY OF APPEARANCE | BERNHEIM III 3D, DANIEL S | | 10-NOV-2020 01:05 PM |
| **Documents:** | Kalodimos.EOA.COS.111020.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF DANIEL S BERNHEIM III FILED. (FILED ON BEHALF OF HARRISON A KALODIMOS) | | | |



Case Description   Related Cases   Event Schedule   Case Parties   Docket Entries

E-Filing System    Search Home    Return to Results