## CERTIFICATE OF SERVICE

I, Daniel S. Bernheim, 3d, Esquire, hereby certify that I caused a true and correct copy of the foregoing Notice of Removal to be served upon the following on November 12, 2020 via the Philadelphia Court's electronic filing system and via email:

**David S. Senoff, Esquire**
**Hillary B. Weinstein, Esquire**
**FIRST LAW STRATEGY GROUP, LLC**
**121 S. Broad Street, Suite 300**
**Philadelphia, PA 19107**
dsenoff@firstlawstrategy.com
hweinstein@firstlawstrategy.com

**WILENTZ, GOLDMAN & SPITZER, P.A.**

BY: *Daniel S. Bernheim*
Daniel S. Bernheim, 3d, Esquire
Counsel for Defendant

#11822596.1(171613.001)