IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY GOLDFARB, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>HARRISON A. KALODIMOS, M.D.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 20-5667 |

## **ORDER**

**AND NOW**, this 14th day of May 2021, upon consideration of Defendant's Notice of Removal (Doc. No. 1), Defendant's Motion to Dismiss the Complaint (Doc. No. 2), Plaintiff's Response to the Motion to Dismiss (Doc. No. 8), Defendant's Reply to Plaintiff's Response (Doc. No. 9), Plaintiff's Motion for Remand (Doc. No. 10), Defendant's Response in Opposition to the Motion for Remand (Doc. No. 11), Plaintiff's Reply to Defendant's Response (Doc. No. 12), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss the Complaint (Doc. No. 2) is **DENIED** and Plaintiff's Motion for Remand (Doc. No. 10) is **DENIED**. Defendant shall file an Answer to the Complaint by **June 4, 2021**.

                                                                                   BY THE COURT:


                                                                                    /s/ Joel H. Slomsky\_\_\_\_\_
                                                                                    JOEL H. SLOMSKY, J.