IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY GOLDFARB, M.D., <br><br> Plaintiff, <br><br> v. <br><br> HARRISON A. KALODIMOS, M.D., <br><br> Defendant. | CIVIL ACTION <br> NO. 20-5667 |

# ORDER

**AND NOW**, this 16th day of February 2022, it is **ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b) as to all Defendants.

2. Any outstanding motions are **DENIED AS MOOT**.

3. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1